**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00458-CV

**CHERYL JACKSON, ET AL., Appellants**

**V.**

**AH4R-TX2, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01676-E**

## ORDER

We **GRANT** appellants' July 12, 2013 motion for an extension of time to file a brief.

Appellants shall file their brief on or before August 16, 2013.


/s/    CAROLYN WRIGHT
CHIEF JUSTICE